124 F.3d 223
 Doug Cagle, Adrian A. Devogel, Guy Dickenson, Don Hopkins,
Henry Jenkins, Lenore Miller, as Trustees, Fiduciaries of
Retail, Wholesale, Department Store International Union,
Industry Health and Benefit Fund
v.
Nancy M. Bruner, Memorial Hospital Jacksonville, Inc.,
University Medical Center, Inc., Cobbie L. Bruner, Sr.
 NO. 95-3659
 United States Court of Appeals,
Eleventh Circuit.
 Aug 22, 1997
 M.D.Fla., 112 F.3d 1510
 
 1
 DENIALS OF REHEARING EN BANC.